

ב"ה

Honorable Judge Diane Gujarati
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Sherry Price
243-10 138th Ave, Apt 2F
Rosedale, NY 11422

July 15, 2022

RE: Case # 1:22-CV-03131-DG-SJB

To the Honorable Judge Diane Gujarati

On July 11, 2022, I requested my name change information on file be updated. The court order granting my name change was not redacted thus leaving personal information not pertinent to the case available to the public viewing.

I respectfully request permission to withdraw and post the redacted version of the original court order allowing my name change. See Exhibit "A"

Respectfully submitted,

**Sherry Price**
Digitally signed by Sherry Price
Date: 2022.07.15 09:34:23 -04'00'

Sherry Price



RECEIVED JUL 15 2022 PRO SE OFFICE

Civil Court of the City of New York
County of Queens
89-17 Sutphin Boulevard, Jamaica, NY 11435

In the Matter of the Application of
RADIKA RAMPERSAD
For Leave to Change Their Name To
SHERRY ELIYANAH PRICE

ENT[REDACTED]
QUE[REDACTED]

JUN 27 2022

CIVIL COURT
SPECIAL TERM

Index Number: [REDACTED]

**ORDER GRANTING NAME CHANGE**

Upon the application for a Name Change by the Petitioner(s), verified on May 9, 2022, and the court being satisfied that the petition is true, and that there is no reasonable objection to the change(s) proposed, it is hereby ORDERED that,

The individual currently known as (First) **RADIKA** (Last) **RAMPERSAD** who was born on [REDACTED] at/in [REDACTED] with UNITED STATES OF AMERICA PERMANENT RESIDENT CARD USCIS [REDACTED] as proof of birth, since no birth certificate is available, is authorized to assume the name of (First) **SHERRY** (Middle) **ELIYANAH** (Last) **PRICE** in place of their present name, and shall be known by no other name.

It is further **ORDERED** per the request of the Petitioner(s) that the court record of this Name Change proceeding is sealed pursuant to the Court's finding that an open record of the name change would jeopardize personal safety based upon the totality of the circumstances and may be opened only by court order for good cause shown or at the request of the Petitioner(s).

It is further **ORDERED** that this Order be entered and the papers on which it was granted be filed in the office of the Clerk of the Civil Court of the City of New York, County of Queens, and that the authorizations contained herein are contingent upon full compliance with the provisions and directives of this Order.

Dated: JUN 1 5 2022

Signed: _____
Hon. Cassandra A. Johnson

NYC CIVIL COURT QUEENS COUNTY
JUN 30 2022
CERTIFIED COPY OF ORIGINAL PAPER ON FILE

State of New York
County of Queens } ss

ALIA A. RAZZAQ, Chief Clerk of the Civil Court of the City of New York, DO HEREBY CERTIFY THAT the provisions of the foregoing order for change of name, have been complied with.

IN WITNESS WHEREOF, I have hereunto set my hand this ___ day of ___ 20___

JUN 30 2022

_____
Chief Clerk of the Civil Court of the City of New York

Civil Court of the City of New York
89-17 Sutphin Boulevard
Jamaica, NY 11435

Register #: Q3  Transaction No.:  16373

Index Number: 437 QNC 2022

FEE: $6.00 Paid       June 30, 2022
        Cash
   Certification Of A Document

I, Alia Razzaq, Chief Clerk, do
hereby certify that I have compared the
attached copy with the original document
on file in my office and that it is a
correct and complete transcript of the
original.

*Alia Razzaq*
**CHIEF CLERK**
                              Chief Clerk

No. of Pages: 1   by: _____

       PCR  06-30-22 LG  10:25
KEEP THIS RECEIPT WITH YOUR COURT PAPERS