AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Sherry Price
Plaintiff(s)

v.

Basdeo Rampersad et al
Defendant(s)

Civil Action No. 1:22-CV-03131-DG-SSB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Basdeo Rampersad - c/o Robert G. Frank 98-20 Metropolitan Ave Queens NY, 11375

Rajdaye Babwah - 368 Palmetto St, Apt 2R Brooklyn, NY 11237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sherry Price
243-10 138 Ave
Rosedale, NY 11422

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
CLERK OF COURT

Date: JUL 26 2022

*Signature of Clerk or Deputy Clerk*