# U.S. District Court

## New York Eastern - Central Islip

Receipt Date: Jul 26, 2022 2:42PM

Sherry Eliyanah Price  
Central Islip, NY 11722

| Rcpt. No: 200000083 | Trans. Date: Jul 26, 2022 2:42PM | | | Cashier ID: #KS | |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.