


RECEIVED AUG 18 2022 PRO SE OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RADIKA RAMPERSAD AKA SHERRY PRICE
243 -10 138TH Ave. Apt. 2F
Rosedale, NY 11422-1822

                Plaintiff

    -against-

BASDEO RAMPERSAD
168 Palmetto St,,  Apt. . 2R
Brooklyn, NY  11237-5932

RAJDAYE BABWAH
168 Palmetto St. Apt. 2R
Brooklyn, NY 11237-5932

JANE DOE

                Defendants
-----------------------------------------------------------------X

Case No: 1:22-cv-03131-DG-SJB

**AFFIRMATION OF SERVICE**

    I, the undersigned being an Attorney duly admitted to practice law in all the Courts of the State of New York and the Eastern District of New York  affirms the truth of the following under the penalty of perjury. I am not a party to the action, am over 18 years of age and resides in Queens, New York. .

    On August 17th, 2022 deponent served the following by Certified Mail/Return  Receipt requested  with the U.S. Post office.

    Defendant(s) Answer with Affirmative Defenses

        TO:
        RADIKA RAMPERSAD AKA SHERRY PRICE
        243 -10 138th Avenue Apt. 2F
        Rosedale, New York 11422-1822

. Affirmed:: August 17th, 2022

                                      _____
                                      ROBERT G. FRANK, ESQ.
                                      98-20 Metropolitan Avenue
                                      Forest Hills, New York 11375

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Rosedale, NY 11422

OFFICIAL USE

| Certified Mail Fee | $4.00 | | 0024 |
| --- | --- | --- | --- |
| $ | $3.75 | | 33 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.44 | | |
| $ | | | |
| Total Postage and Fees | $8.69 | 08/17/2022 | |

Sent To: Ralika Rampersad
Street and Apt. No., or PO Box No: 243-16 138th Ave. Apt 2F
City, State, ZIP+4®: Rosedale, NY 11422

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 0950 0000 5243 6312