UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 18 2022 ★

LONG ISLAND OFFICE

**AFFIDAVIT OF SERVICE**

**Plaintiff / Petitioner:**
RADKIA RAMPERSAD

**Defendant / Respondent:**
BASEDEO RAMPERSAD; RAJDAYE BABWAH; JANE DOE

Index No: 1:22-CV-031310DG-SJB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022 . That on Mon, Aug 15 2022 AT 05:16 PM AT 368 PALMETTO STREET APT 2R, BROOKLYN, NY 11237 deponent served the within SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT on RAJDAYE BABWAH

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

☐ **Business:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

☐ **Suitable Person:** By delivering a true copy thereof to _____ a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

☒ **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 08/11/2022 @ 05:56 PM   2) 08/12/2022 @ 01:59 PM   3) 08/15/2022 @ 05:16 PM

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Unsuccessful Attempt: Aug 11, 2022, 5:56 pm EDT at 368 PALMETTO STREET APT 2R, BROOKLYN, NY 11237
No answer at door / Unable to reach Servee

2) Unsuccessful Attempt: Aug 12, 2022, 1:59 pm EDT at 368 PALMETTO STREET APT 2R, BROOKLYN, NY 11237
No answer at door / Unable to reach Servee

3) Successful Attempt: Aug 15, 2022, 5:16 pm EDT at 368 PALMETTO STREET APT 2R, BROOKLYN, NY 11237
Documents affixed to door after due diligence performed

**Description:**
Age: _____  Skin Color: _____  Gender: _____  Weight: _____
Height: _____  Hair: _____  Relationship: _____
Other: _____

Sworn to before me on 8/16/22

DAVID ROFFE   8/16/22
2096987

Notary Public

BRIAN E. RICKS
Notary Public, State of New York
Reg. No. 01RI6333781
Qualified in New York County
Commission Expires Nov. 26, 2022

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

# AFFIDAVIT OF SERVICE BY MAIL

AUG 18 2022 ★

LONG ISLAND OFFICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK,<br>Plaintiff / Petitioner: RADKIA RAMPERSAD<br>vs.<br>Defendant / Respondent: BASEDEO RAMPERSAD; RAJDAYE BABWAH; JANE DOE | CASE NO: CIVIL ACTION NO.: 1:22-CV-031310DG-55B |

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Aug 16, 2022 deponent served the within:
SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT on RAJDAYE BABWAH at the address 368 PALMETTO STREET APT 2R, BROOKLYN, NY 11237 by enclosing a copy of the same in a postpaid wrapper properly addressed to the above recipient and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services, Mailed on 08/16/2022 via:

First Class Mail Envelope marked "Personal and Confidential".

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

Sworn to me on the ___8/16/22___

*[Signature]*
BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022

**Notary Public**

*[Signature]* 8/16/22
Nasim Dehghani

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2022 ★
LONG ISLAND OFFICE**

**Plaintiff / Petitioner:**
RADKIA RAMPERSAD

**Defendant / Respondent:**
BASEDEO RAMPERSAD; RAJDAYE BABWAH; JANE DOE

**AFFIDAVIT OF SERVICE**

Index No:
CIVIL ACTION NO.: 1:22-CV-031310DG-SSB

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison ave 21 fl, New York, NY 10022. That on Fri, Aug 05 2022 AT 11:51 AM AT 98-20 METROPOLITAN AVENUE, QUEENS, NY 11375 deponent served the within SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT on BASDEO RAMPERSAD C/O ATTORNEY ROBERT G. FRANK

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

☐ **Business:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

☒ **Suitable Person:** By delivering a true copy thereof to Bob "Doe" (refused last name) a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

☐ **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of NY, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of NY, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
1) Successful Attempt: Aug 5, 2022, 11:51 am EDT at 98-20 METROPOLITAN AVENUE, QUEENS, NY 11375 received by Bob "Doe" (refused last name).
Description:
Age: 55       Skin Color: Caucasian       Gender: Male       Weight: 160
Height: 5'8"       Hair: Gray       Relationship: _____
Other   Stated he is authorized to accept

Sworn to before me on 8/9/22

Mohaned Elgizawy
2078481-DCA

Notary Public

BRIAN D. RICKS
Notary Public, State of New York
Reg. No. 01RI6333731
Qualified in New York County
Commission Expires Nov. 26, 2022

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

# AFFIDAVIT OF SERVICE BY MAIL

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2022 ★
LONG ISLAND OFFICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK,<br>Plaintiff / Petitioner: RADKIA RAMPERSAD<br>vs.<br>Defendant / Respondent: BASEDEO RAMPERSAD; RAJDAYE BABWAH; JANE DOE | CASE NO: CIVIL ACTION NO: 1:22-CV-03131ODG-55B |

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Aug 08, 2022 deponent served the within:
SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT on BASDEO RAMPERSAD C/O ATTORNEY ROBERT G. FRANK at the address 98-20 METROPOLITAN AVENUE, QUEENS, NY 11375 by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services, Mailed on 08/08/2022 via:

First Class Mail Envelope marked "Personal and Confidential".

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

Sworn to me on the ___8/9/22___

_____
*Notary Public*

BRIAN D. RICKS
Notary Public, State of New York
Reg. No. 01RI6383731
Qualified in New York County
Commission Expires Nov. 26, 2022

_____ 8/9/22
Nasim Dehghani

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022