UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Sherry Eliyanah Price

                                                                **ORDER**

        -against-                                       22-cv-03131 (DG)(SJB)

Basdeo Rampersad, et al.


------------------------------------------------------------------------X
**BULSARA, United States Magistrate Judge:**

     The Court shall hold an telephonic-initial conference pursuant to Fed. R. Civ. P. 16 on **Ocotber 07, 2022 at 2:00 PM** before United States Magistrate Judge Sanket J. Bulsara, at 225 Cadman Plaza East, Brooklyn New York.  The parties are directed to call the toll free number **877-336-1274.**  The access code is **6534420.**  Counsel for defendant is directed to immediately forward a copy of this Order to the plaintiff, who is proceeding pro se, via return receipt delivery and file proof of service with the Court.


SO ORDERED.


                                                    /s/ Sanket J. Bulsara
                                    _____
                                        SANKET J. BULSARA
                                        United States Magistrate Judge

      August 19, 2022
      Brooklyn, New York