Case # 1:22-cv-03131-DG-SJB

Received In Pro Se Office
September 5, 2022 at
9:20am via Box.com

# Exhibit

# A

Order of Protection

Criminal Form 1 1/2020

ORI No: NY0400311
Order No: 2081-01-010
NYSID No: 003333607
CJTN No: 06962251011

PRESENT: Honorable Danielle L. Hartman

At a term of the Criminal Court of the County of Queens at the Courthouse at 125-01
Queens Boulevard, Kew Gardens, NY 11415, State of New York

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

PEOPLE OF THE STATE OF NEW YORK
- against -

Basdeo Rampersad,
Defendant

DOB: 11/04/1971

☐ Youthful Offender (check if applicable)

Part: PH2    Case No.: CR-008641-21QN

Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

☐ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection

☒ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]:
PL 240.20 V Disorderly Conduct, 1 count(s) of Viol

And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant Basdeo Rampersad (DOB: 11/04/1971) observe the following conditions of behavior:

[01] Stay away from [A]    RADIKA RAMPERSAD;
 [B]    the home of RADIKA RAMPERSAD;
 [C]    the school of RADIKA RAMPERSAD;
 [D]    the business of RADIKA RAMPERSAD;
 [E]    the place of employment of RADIKA RAMPERSAD;

[14] Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with RADIKA RAMPERSAD;

[02] Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against RADIKA RAMPERSAD;

[12] Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following: ALL and do not obtain any further guns or other firearms. Such surrender shall take place immediately, but in no event later than IMMEDIATELY at LOCAL PCT;

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [13A] suspended, and [13C] the Defendant shall remain ineligible to receive a firearm license during the period of this order.

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including 06/20/2023.

DATED: 06/21/2021

HON. DANIELLE HARTMAN
Honorable Danielle L. Hartman

☒ Defendant advised in Court of issuance and contents of Order.
☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☒ Order personally served on Defendant in Court    VIDEO
 (Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.

Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States. If the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).

It is a federal crime to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).