Case # 1:22-cv-03131-DG-SJB

Received In Pro Se Office
September 5, 2022 at
9:20am via Box.com

# Exhibit B

Pictures of Jane Doe removing items from home on different occasions.








<mark>Case caption: Document 12-2 Filed 09/07/22</mark>















