Case # 1:22-cv-03131-DG-SJB

Received In Pro Se Office
September 5, 2022 at
9:21am via Box.com

# Exhibit C

Jane Doe with the Defendant
and Vehicle with license plate



