Case # 1:22-cv-03131-DG-SJB

# Exhibit

# D

Pictures of personal property left out in the yard and thrown into the dumpster.







