Case # 1:22-cv-03131-DG-SJB

Received In Pro Se Office
September 5, 2022 at
9:23am via Box.com

# Exhibit E

Personal property left out in the yard and thrown into dumpster.





