Case # 1:22-cv-03131-DG-SJB

Received In Pro Se Office
September 5, 2022 at
9:23am via Box.com

# Exhibit

# F

Personal property left in yard and
thrown in dumpster.





