RECEIVED IN PRO SE
OCT 14, 2022 @ 1:46 AM
VIA BOX.COM

ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

Case No: 1:22-CV-03131-DG-SJB

## AFFIDVIT OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that one copy of the SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION was served via Certified Mail, on October 5, 2022, under the care and supervision of the United States Postal Service in the State of New York.

        Lyons Mortgage Services, Inc.,
        48-02 25th Ave # 303
        Astoria
        New York 11103

Date October 14, 2022

        Respectfully Submitted,

        Sherry Price
        Digitally signed by Sherry Price
        Date: 2022.10.14 01:46:00 -04'00'

        /s/ Sherry Price
        Plaintiff

RECEIVED IN PRO SE
OCT 15, 2022 @ 9;12 PM
VIA BOX.COM

ב"ה

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
## Case No. 1:22-cv-03131-DG-SJB

## AFFIDAVIT OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that one copy of the SUBPOENA FOR DOCUMENTS and RECORDS was served via Certified Mail, under the care and supervision of the United States Postal Service in the State of New York.

    MVA Drivers Record Unit
    6601 Ritchie Highway, NE
    Glen Bernie, MD 21062

Date: October 14, 2022

    Respectfully Submitted,

    Sherry Price
    Digitally signed by Sherry Price
    Date: 2022.10.15 21:12:54 -04'00'

    /s/ Sherry Price
    243-10 138tth Ave #2F
    Rosedale
    New York 11422

RECEIVED IN PRO SE
OCT 14, 2022 @ 1:52 AM
VIA BOX.COM

ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

Case No: 1:22-CV-03131-DG-SJB

## AFFIDVIT OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that one copy of the SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION was served via Certified Mail, on October 5, 2022, under the care and supervision of the United States Postal Service in the State of New York.

        RCN
        33-16 Woodside Ave
        Queens
        New York 11106

Date October 14, 2022

        Respectfully Submitted,

        Sherry Price *(Digitally signed by Sherry Price, Date: 2022.10.14 01:52:18 -04'00')*

        /s/ Sherry Price
        Plaintiff

RECEIVED IN PRO SE
OCT 14, 2022 @ 1:41 AM
VIA BOX.COM

ב"ה

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

Case No: 1:22-CV-03131-DG-SJB

## AFFIDVIT OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that one copy of the SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION was served via Certified Mail, on September 13, 2022, under the care and supervision of the United States Postal Service in the State of New York.

Basdeo Rampersad
℅ Robert G. Frank. Esq.
98-20 Metropolitan Ave
Forest Hill
New York 11375

Date October 14, 2022

Respectfully Submitted,

Sherry Price

/s/ Sherry Price
Plaintiff

RECEIVED IN PRO SE
OCT 14, 2022 @ 1:50 AM
VIA BOX.COM

ב"ה

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Case No: 1:22-CV-03131-DG-SJB

AFFIDVIT OF SERVICE

**PLEASE TAKE NOTICE** that the undersigned certifies that one copy of the SUBPOENA TO PRODUCE DOCUMENTS AND INFORMATION was served via Certified Mail, on October 5, 2022, under the care and supervision of the United States Postal Service in the State of New York.

RCN Corporation
105 Carnegie Center
Princeton
New Jersey 08540

Date October 14, 2022

Respectfully Submitted,

Sherry Price
Digitally signed by Sherry Price
Date: 2022.10.14 01:49:36 -04'00'

/s/ Sherry Price
Plaintiff