
RECEIVED NOV 14 2022 PRO SE OFFICE

BASDEO RAMPERSAD
368 PALMETTO STREET, APT. 2R
BROOKLYN, NEW YORK 11422

November 14th, 2022

United States District Court
For the Eastern District of New York
Att: The Honorable Sanket J. Bulsara

ORIGINAL

           Re:    Radika Rampersad A/K/A Sherry Price v. Basdeo
                   Rampersad & Rajdaye Babwah, Jane Doe
                   Case No:1:22 -CV-013131--DG-SJB

Dear Judge Bulsara:

      We are writing to bring the Court's attention to the Plaintiff's improper use of issuing Subpoenas in the above referenced matter. This case commenced on June 1st, 2022 when the Plaintiff filed a Complaint. On August 17, 2022 we submitted an Answer with Affirmative Defenses including lack of subject matter jurisdiction. The Court issued an Order to Show Cause on September 12th, 2022 requesting that the Plaintiff .show cause by September 26, 2022 why her complaint should not be dismissed for lack of subject matter jurisdiction..Upon the Plaintiff's request, the Court granted her an extension of time to respond by October 17,2022.

      On October 15th, 2022 The Plaintiff submitted her response to the Order to Show Cause stating she would submit a motion "for leave to amend her Complaint." In the meanwhile, before the Court issued any decision on the Order to Show Cause or whether the Plaintiff could file a motion to amend her complaint, the Plaintiff issued several subpoenas These Subpoenas include one to me dated September13th, 2022 in care of my former attorney, Robert G. Frank, (who is not representing me in this case) another Subpoena dated October 5th, 2022 to my former employer, RCN Corporation, another dated October 5, 2022 to MVA Drivers Record Unit and another Subpoena darted October 5, 2022 to Lyons Mortgage Services, According to my phone conversation with the Pro Se clerk, the Plaintiff was not authorized to issue any of those Subpoenas.

      Then instead of filing a motion to amend her prior complaint, on November 4, 2022 the Plaintiff without an Order from the Court filed an "Amended Complaint" seeking various forms of relief. One of the exhibits she annexed to the complaint is another Subpoena. This Subpoena is directed to Encompass Insurance Company requesting my motor vehicle records. I immediately called the Pro Se office and was informed by the clerk that the Brooklyn office did not sign this subpoena. The clerk told me she had spoken to the Plaintiff and had instructed her not to issue any more subpoenas, and the Plaintiff apparently deliberately disregarding this went to the Federal courthouse in Central Islip to have the clerk there sign the Subpoena.

Accordingly, based on the fact that the Plaintiff is unlawfully issuing Subpoenas prior to this Court rendering its decision on the Order to Show Cause, we respectfully request an Order dismissing the Plaintiff's initial Complaint based on lack of subject matter jurisdiction and quashing all the Subpoenas

Respectfully

*Basdeo Rampersad*

Basdeo Rampersad

BR/

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RADIKA RAMPERSAD AKA SHERRY PRICE
243 -10 138TH Ave. Apt. 2F
Rosedale, NY 11422-1822
                       Plaintiff

                Case No: 1:22-CV--03131-DG-SJB

               -against-

**AFFIRMATION OF SERVICE**

BASDEO RAMPERSAD
168 Palmetto St,, Apt. . 2R
Brooklyn, NY 11237-5932

RAJDAYE BABWAH
168 Palmetto St. Apt. 2R
Brooklyn, NY 11237-5932

JANE DOE

                     Defendants
-----------------------------------------------------------------X

    I, the undersigned being an Attorney duly admitted to practice law in all the Courts of the State of New York and the Eastern District of New York affirms the truth of the following under the penalty of perjury. I am not a party to the action, am over 18 years of age and resides in Queens, New York.

    On November 14, 2022 deponent served the following by Certified Mail/Return Receipt requested with the U.S. Post office.

    A copy of a Letter dated November 14, 2022 to the Hon: Sanket J. Bulsara.

                TO:
                RADIKA RAMPERSAD AKA SHERRY PRICE
                243 -10 138th Avenue Apt. 2F
                Rosedale, New York 11422-1822

. Affirmed: November 14,, 2022

                                                  ROBERT G. FRANK, ESQ.
                                                  98-20 Metropolitan Avenue
                                                  Forest Hills, New York 11375

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

Rosedale, NY 11422

**Certified Mail Fee** $4.00
$3.25

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $0.00
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

**Postage** $0.60

**Total Postage and Fees** $7.85

Postmark Here
0024
11/14/2022

**Sent To** Ronga Rampasad
**Street and Apt. No., or PO Box No.** 243-16 135 Avenue Apt 2F
**City, State, ZIP+4®** Rosedale, NY 11422

7017 1000 0000 4591 5785

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions