


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHERRY PRICE

                                                 Civil Action No: 1:22-cv-03131-DG-SJB

                     Plaintiff,

        -against-

                                                 **NOTICE OF MOTION**

BASDEO RAMPERSAD, et,al.

                    Defendant.(s)
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE upon the annexed affidavit of BASDEO RAMPERSAD, dated December 15, 2022, 2008and the exhibits annexed thereto, and the prior proceedings heretofore had herein, Defendants will move this Court the Hon: Sanket J. Bulsaraat the United States Courthouse located at 225 Cadman Plaza E Brooklyn, New York on the 5TH day of January, 2023 at:9:30 A.M. or as soon as counsel can be heard for an Order pursuant to Rule 45 Of Federal Rules of Civil Procedure granting the following relief:

    a.    Quashing the Plaintiff's Subpoena TO Bank dated November 4th, 2022 ; and

    b.    For such other and further relief as this Court deems just and proper.

Dated: Queens, New York
          December 15, 2022

                                                        Yours, etc.

                                                        *Basdeo Rampersad*
                                                        BASDEO RAMPERSAD
                                                        *Defendant, Pro Se*
                                                        168 palmetto Street Apt. 2R
                                                        Brooklyn, New York 11237

TO: SHERRY PRICE, Pro Se
      243-10 138th Avenue, Apt.2F
      Rosedale, New York 11422