

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RADIKA RAMPERSAD AKA SHERRY PRICE
243 -10 138TH Ave. Apt. 2F
Rosedale, NY 11422-1822
      Plaintiff

Case No: 1:22-CV--03131-DG-SJB

    -against-

**AFFIRMATION OF SERVICE**

BASDEO RAMPERSAD
168 Palmetto St,, Apt. . 2R
Brooklyn, NY 11237-5932

RAJDAYE BABWAH
168 Palmetto St. Apt. 2R
Brooklyn, NY 11237-5932

JANE DOE

      Defendants
------------------------------------------------------------------X

  I, the undersigned being an Attorney duly admitted to practice law in all the Courts of the State of New York and the Eastern District of New York affirms the truth of the following under the penalty of perjury. I am not a party to the action, am over 18 years of age and resides in Queens, New York.

  On December 16, 2022 deponent served the following by Certified Mail/Return Receipt requested with the U.S. Post office.

  A copy of the Notice of Motion and Affidavit seeking to Quash the Plaintiff's Subpoena dated November 4th, 2022.TD Bank.

    TO:
    RADIKA RAMPERSAD AKA SHERRY PRICE
    243 -10 138th Avenue Apt. 2F
    Rosedale, New York 11422-1822

. Affirmed: December 16, 2022

             ROBERT G. FRANK, ESQ.
             98-20 Metropolitan Avenue
             Forest Hills, New York 11375

