Rec. 12/22/2022 AIH

**FILED**
**in the Clerk's Office**
**U.S. District Court,**
**EDNY**
**Dec 7, 2022, 9:35 PM**
**Brooklyn**
**Pro Se Office via Box.com**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHERRY PRICE,
    *Plaintiff,*

v.

BASDEO RAMPERSAD, at el.,
    *Defendants.*
_____/

Affirmation of Service Delivery

1:22-CV-03131-DG-SJB

I, Sherry Price, declare under penalty of perjury that have served a copy of the Second Amended Complaint upon Nanda Persaud whose address is: 1061 Furth Road, Valley Stream, New York 11581.

Dated: December 7, 2022

Respectfully Submitted,

Sherry Price
Digitally signed by Sherry Price
Date: 2022.12.07 21:35:24 -05'00'

/s/Sherry Price

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70203160000215987405

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 9:26 am on December 7, 2022 in VALLEY STREAM, NY 11581.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
VALLEY STREAM, NY 11581
December 7, 2022, 9:26 am

### Out for Delivery
VALLEY STREAM, NY 11581
December 7, 2022, 7:16 am

### Arrived at Post Office
VALLEY STREAM, NY 11580
December 7, 2022, 7:05 am

### Departed Post Office
VALLEY STREAM, NY 11580
December 6, 2022, 5:09 pm

### USPS in possession of item
VALLEY STREAM, NY 11580
December 6, 2022, 1:47 pm

- Hide Tracking History

| Text & Email Updates | ⌄ |
| --- | --- |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**