UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHERRY ELIYANAH PRICE,

     Plaintiff,            JUDGMENT
                      22-cv-03131-DG-SJB
 -against-

BASDEO RAMPERSAD, RAJDAYE BABWAH,
NANDA PERSAUD,

     Defendants.
----------------------------------------------------------------X

  An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on March 3, 2023, adopting the Report and Recommendation of Magistrate Judge Sanket J. Bulsara, dated January 3, 2023, dismissing Plaintiff's Second Amended Complaint with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); it is

  ORDERED and ADJUDGED that Plaintiff's Second Amended Complaint, ECF No. 19, is dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and that *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York          Brenna B. Mahoney
    March 7, 2023            Clerk of Court

                  By: */s/Jalitza Poveda*
                     Deputy Clerk